# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BELIA CADIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 17-cv-01949 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| CREDENCE RESOURCE ) | |
| MANAGEMENT LLC, ) | Magistrate Jeffrey Cole |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed without prejudice and on the merits with the Court to retain jurisdiction over this matter and the parties to enforce the terms of their settlement agreement as necessary, with each side to bear its own fees and costs. If no motion to reinstate or to enforce the settlement agreement is filed within 45 days, this dismissal shall automatically convert to a dismissal with prejudice.

**Dated: September 25, 2018**

*s/ Celetha Chatman*
Celetha Chatman
Michael Wood
*Community Lawyers Group Ltd.*
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

*s/Andrew Cunningham*
Daniel W. Pisani
Andrew E. Cunningham
*Sessions, Fishman, Nathan & Israel, LLC*
120 S. LaSalle Street, Suite 1960
Chicago, Illinois 60603
Ph: (312)578-0990
Email: dpisani@sessions.legal
Email: acunningham@sessions.legal

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on September 25, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: September 25, 2018**                                                                          Respectfully submitted,

                                                                                                                        By:     /s/ *Celetha Chatman*